# MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| Domato, | Date: January 3, 2019 |
| --- | --- |
| Plaintiff(s) | Judge Donald C. Nugent |
| v. | Court Reporter: |
| Kasimer, *et al.*, | Case Number: 1:18 CV 680 |
| Defendant(s). | |

Status conference held w/ all counsel for Def. present. No one appeared on behalf of (P) although notified of date + time of status.

Discovery cut off remains 2/1/19 (Non expert). (P) has not yet responded to Defense discovery requests.

This case has been refiled so it is possible that (P) will no longer prosecute this claim.

Since (P) has not responded to Def. discovery requests (filed in August 2018), (P) is unwilling to take depo's.

Status re-set 2/20/19 @ 9:00AM

All counsel notified of this ORDER

Length of Proceeding: 30 min.

United States District Judge 1/3/19